**Order entered October 25, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00548-CV**

**IN THE INTEREST OF S.V., A MINOR CHILD**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-11968-V**

## ORDER

The reporter's record in this case is overdue. By postcard dated September 5, 2019, we notified the official court reporter for the 256th Judicial District Court that the reporter's record was overdue. We directed the court reporter to file the record within thirty days. To date, we have not received any response.

Accordingly, we **ORDER** Court Reporter Glenda Finkley to file, within **FIFTEEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not requested or made payment arrangements for the record and has not been found entitled to proceed without payment of costs. *We notify appellant that if we receive verification he has not requested, paid for, or made arrangements to pay for the reporter's record and has not been found entitled to proceed without payment of costs, we will order the appeal submitted without the reporter's record.*

*See* TEX. R. APP. P. 37.3(c).

     We **DIRECT** the Clerk to send copies of this order to:

Honorable David Lopez
Presiding Judge
256th Judicial District Court

Glenda Finkley
Official Court Reporter
256th Judicial District Court

All parties


                    /s/     ROBERT D. BURNS, III
                             CHIEF JUSTICE